B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 12–41820**

**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Ryan | Anna Levonyak |
| 2273 Sprucewood Avenue | 2273 Sprucewood Avenue |
| Des Plaines, IL 60018 | Des Plaines, IL 60018 |

Social Security / Individual Taxpayer ID No.:
   xxx–xx–7578                                                 xxx–xx–7931

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

   It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

   If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

                                                                           FOR THE COURT

Dated: <u>September 18, 2013</u>                              <u>Kenneth S. Gardner, Clerk</u>
                                                                           United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18WJ (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                              Case No. 12-41820-JSB
Michael Ryan                                                        Chapter 13
Anna Levonyak
         Debtors
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte              Page 1 of 1         Date Rcvd: Sep 18, 2013
                              Form ID: b18w               Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2013.
db/jdb        +Michael Ryan,    Anna Levonyak,    2273 Sprucewood Avenue,    Des Plaines, IL 60018-2641
19991583       Bank of America, N.A.,    Manley Deas Kochalski,    PO Box 165028,    Columbus, OH 43216-5028
20248266       CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
20310089       FIA Card Services NA as successor in interest to,     Bank of America NA (USA) and MBNA,
                America Bank NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19594857      +E-mail/Text: KM@ARCONCEPTSINC.COM Sep 19 2013 00:42:38       A/R Concepts,
                2320 Dean Street, Suite 202,    Saint Charles, IL 60175-1068
19594858      +EDI: GMACFS.COM Sep 19 2013 00:13:00       Ally Financial,    200 Renaissance Ctr,
                Detroit, MI 48243-1300
19656605      +EDI: GMACFS.COM Sep 19 2013 00:13:00       Ally Financial Inc.,    c/o Ally Servicing LLC,
                P.O. Box 130424,    Roseville, MN 55113-0004
19660139      +EDI: BANKAMER2.COM Sep 19 2013 00:13:00       BANK OF AMERICA, N.A.,    475 Crosspoint Parkway,
                Getzville, NY 14068-1609
19594860      +EDI: BANKAMER2.COM Sep 19 2013 00:13:00       Bank Of America, N.A.,    401 N. Tryon St.,
                NC1-021-02-20,    Charlotte, NC 28202-2123
19594859       EDI: BANKAMER.COM Sep 19 2013 00:13:00       Bank of America,    De5-019-03-07,    Newark, DE 19714
19594861      +EDI: CIAC.COM Sep 19 2013 00:13:00       Citimortgage Co. Inc,    1000 Technology Drive,
                O Fallon, MO 63368-2240
19594862      +EDI: CMIGROUP.COM Sep 19 2013 00:13:00       Credit Management, LP,    4200 International Parkway,
                Carrollton, TX 75007-1912
20137757       E-mail/Text: ebn@vativrecovery.com Sep 19 2013 00:34:09        Palisades Collection, L.L.C.,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collection, L.L.C,
                PO Box 40728,    Houston, TX  77240-0728
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2013                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2013 at the address(es) listed below:
              Keith Levy    on behalf of Creditor   BANK OF AMERICA, N.A.
               anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
              Mohammed O Badwan    on behalf of Joint Debtor Anna  Levonyak mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Mohammed O Badwan    on behalf of Debtor Michael  Ryan mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                              TOTAL: 5
```